# EXHIBIT A

Official Servicer of Federal Student Aid. What this means to you ⌄



- 💬 Messages
- 🔔 Alerts
- 📞 Contact Us
- ⇨ Log Out

🔍 SEARCH

| My Account ▾ | Payments ▾ | Documents ▾ | Repayment Options ▾ |
| PSLF ▾ | TEACH Grant ▾ | Help Center ▾ | |

# Public Service Loan Forgiveness (PSLF) Payment Tracker

> ⚠ **Important Note**
>
> Please continue to allow up to 90 business days to process the unprecedented volume of forms we received due to the PSLF Waiver. For PSLF waiver payment counts to be updated or for loan discharge to occur, we must receive the approval from Federal Student Aid. After we receive the approval, it may take up to 90 business days to process this information. You will be notified by MOHELA after your PSLF counts have been updated or if your loan has been discharged. We appreciate your patience.

> The currently displayed PSLF and TEPSLF Payment Counts, specifically those for your PSLF and TEPSLF Eligible and Qualifying Payments, may not include all eligible and qualifying payments that you might be entitled to as a result of the Limited PSLF Waiver. We are in the process of updating this information and ask that you check back periodically for updates. Your continued patience during this process is appreciated.

| Payment Counts | **Eligible Payments** | Ineligible Payments |

## Eligible Payments

**Filter By**

| Loan | Period | Program |
|---|---|---|
| All Loans ▼ | All Periods ▼ | ☑ PSL  ☑ TEPSL |

Displaying **280** Payment Period(s)                                          What's an eligible payment? ❓

| Loan | Period | Amount Due | Program | Status | Action |
|---|---|---|---|---|---|
| 1 DL Consolidation Subsidized | 03/2023 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 03/2023 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 02/2023 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 02/2023 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 01/2023 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 01/2023 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 12/2022 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 12/2022 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 11/2022 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 11/2022 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 10/2022 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 10/2022 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 09/2022 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| | 09/2022 | | | | |

| Loan Type | Date | Program | Status | |
|---|---|---|---|---|
| 2 DL Consolidation Unsubsidized | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 08/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 08/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 07/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 07/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 06/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 06/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 05/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 05/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 04/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 04/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 03/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 03/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 02/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 02/2022 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 01/2022 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 01/2022 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 12/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |

| | | | | |
|---|---|---|---|---|
| 2 DL Consolidation Unsubsidized | 12/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 1 DL Consolidation Subsidized | 11/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 2 DL Consolidation Unsubsidized | 11/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 1 DL Consolidation Subsidized | 10/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 2 DL Consolidation Unsubsidized | 10/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 1 DL Consolidation Subsidized | 09/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 2 DL Consolidation Unsubsidized | 09/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 1 DL Consolidation Subsidized | 08/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 2 DL Consolidation Unsubsidized | 08/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 1 DL Consolidation Subsidized | 07/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 2 DL Consolidation Unsubsidized | 07/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 1 DL Consolidation Subsidized | 06/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 2 DL Consolidation Unsubsidized | 06/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 1 DL Consolidation Subsidized | 05/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 2 DL Consolidation Unsubsidized | 05/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 1 DL Consolidation Subsidized | 04/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 2 DL Consolidation Unsubsidized | 04/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| | 03/2021 | | | |

| | | | | |
|---|---|---|---|---|
| 1 DL Consolidation Subsidized | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 03/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 02/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 02/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 01/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 01/2021 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 12/2020 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 12/2020 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 11/2020 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 11/2020 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 10/2020 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 10/2020 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 09/2020 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 09/2020 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 08/2020 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 08/2020 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 07/2020 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 07/2020 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |

| | | | | | |
|---|---|---|---|---|---|
| 1 DL Consolidation Subsidized | 06/2020 | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 06/2020 | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 05/2020 | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 05/2020 | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 04/2020 | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 04/2020 | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 03/2020 | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 03/2020 | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 02/2020 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 02/2020 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 01/2020 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 01/2020 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 12/2019 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 12/2019 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 11/2019 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 11/2019 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 10/2019 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| | 10/2019 | $983.35 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 DL Consolidation Unsubsidized | | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 09/2019 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 09/2019 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 08/2019 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 08/2019 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 07/2019 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 07/2019 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 06/2019 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 06/2019 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 05/2019 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 05/2019 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 04/2019 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 04/2019 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 03/2019 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 03/2019 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 02/2019 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 02/2019 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 01/2019 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |

| | | | | | |
|---|---|---|---|---|---|
| 2 DL Consolidation Unsubsidized | 01/2019 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 12/2018 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 12/2018 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 11/2018 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 11/2018 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 10/2018 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 10/2018 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 09/2018 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 09/2018 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 08/2018 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 08/2018 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 07/2018 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 07/2018 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 06/2018 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 06/2018 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 05/2018 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 05/2018 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| | 04/2018 | $208.15 | | | |

| Loan | Date | Amount | Program | Status | |
|---|---|---|---|---|---|
| 1 DL Consolidation Subsidized | | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 04/2018 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 03/2018 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 03/2018 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 02/2018 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 02/2018 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 01/2018 | $208.15 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 01/2018 | $983.35 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 12/2017 | $208.15 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 12/2017 | $983.35 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 11/2017 | $208.15 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 11/2017 | $983.35 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 10/2017 | $208.15 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 10/2017 | $983.35 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 09/2017 | $208.15 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 09/2017 | $983.35 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 08/2017 | $208.15 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 08/2017 | $983.35 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |

| | | | | | |
|---|---|---|---|---|---|
| 1 DL Consolidation Subsidized | 07/2017 | $208.15 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 07/2017 | $983.35 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 06/2017 | $208.15 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 06/2017 | $983.35 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 05/2017 | $208.15 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 05/2017 | $983.35 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 04/2017 | $208.15 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 04/2017 | $983.35 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 03/2017 | $208.15 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 03/2017 | $983.35 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 02/2017 | $249.91 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 02/2017 | $1,069.02 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 01/2017 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 01/2017 | | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 12/2016 | $174.99 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 12/2016 | $748.55 | PSLF, TEPSLF | Employment Not Certified | View Details ⌄ |
| 1 DL Consolidation Subsidized | 11/2016 | $174.99 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| | 11/2016 | $748.55 | | | |

| Loan | Date | Amount | Program | Status | |
|---|---|---|---|---|---|
| 2 DL Consolidation Unsubsidized | | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 1 DL Consolidation Subsidized | 10/2016 | $174.99 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 10/2016 | $748.55 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 09/2016 | $174.99 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 09/2016 | $748.55 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 08/2016 | $174.99 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 08/2016 | $748.55 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 07/2016 | $174.99 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 07/2016 | $748.55 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 06/2016 | $174.99 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 06/2016 | $748.55 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 05/2016 | $174.99 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 05/2016 | $748.55 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 04/2016 | $174.99 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 04/2016 | $748.55 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 03/2016 | $174.99 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 03/2016 | $748.55 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 02/2016 | $174.99 | PSLF, TEPSLF | Qualifying | View Details |

| Loan Type | Date | Amount | Program | Status | |
|---|---|---|---|---|---|
| 2 DL Consolidation Unsubsidized | 02/2016 | $748.55 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 01/2016 | $74.61 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 01/2016 | $319.14 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 12/2015 | $74.61 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 12/2015 | $319.14 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 11/2015 | $74.61 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 11/2015 | $319.14 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 10/2015 | $74.61 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 10/2015 | $319.14 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 09/2015 | $74.61 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 09/2015 | $319.14 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 08/2015 | $74.61 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 08/2015 | $319.14 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 07/2015 | $74.61 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 07/2015 | $319.14 | PSLF, TEPSLF | Qualifying | View Details |
| 1 DL Consolidation Subsidized | 06/2015 | $74.61 | PSLF, TEPSLF | Qualifying | View Details |
| 2 DL Consolidation Unsubsidized | 06/2015 | $319.14 | PSLF, TEPSLF | Qualifying | View Details |
| | 05/2015 | $74.61 | | Qualifying | |

| Loan | Date | Amount | Program | Status | |
|---|---|---|---|---|---|
| 1 DL Consolidation Subsidized | | | PSLF, TEPSLF | | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 05/2015 | $319.14 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 04/2015 | $74.61 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 04/2015 | $319.14 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 03/2015 | $74.61 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 03/2015 | $319.14 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 02/2015 | $74.61 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 02/2015 | $319.14 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 01/2015 | $7.54 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 01/2015 | $32.26 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 12/2014 | $7.54 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 12/2014 | $32.26 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 11/2014 | $7.54 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 11/2014 | $32.26 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 10/2014 | $7.54 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 10/2014 | $32.26 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 09/2014 | $7.54 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 09/2014 | $32.26 | PSLF, TEPSLF | Qualifying | View Details ⌄ |

| | | | | | |
|---|---|---|---|---|---|
| 1 DL Consolidation Subsidized | 08/2014 | $7.54 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 08/2014 | $32.26 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 07/2014 | $7.54 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 07/2014 | $32.26 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 06/2014 | $7.54 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 06/2014 | $32.26 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 05/2014 | $7.54 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 05/2014 | $32.26 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 04/2014 | $7.54 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 04/2014 | $32.26 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 03/2014 | $7.54 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 03/2014 | $32.26 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 02/2014 | $7.54 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 02/2014 | $32.26 | PSLF, TEPSLF | Qualifying | View Details ⌄ |
| 1 DL Consolidation Subsidized | 01/2014 | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 2 DL Consolidation Unsubsidized | 01/2014 | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| 1 DL Consolidation Subsidized | 12/2013 | $138.13 | PSLF, TEPSLF | Qualifying - Special Waiver | View Details ⌄ |
| | 12/2013 | $590.86 | | | |

| Loan | Date | Amount | Program | Status | |
|---|---|---|---|---|---|
| 2 DL Consolidation Unsubsidized | | | PSLF, TEPSLF | Qualifying - Special Waiver | View Details |
| 1 DL Consolidation Subsidized | 11/2013 | $138.13 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 11/2013 | $590.86 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 1 DL Consolidation Subsidized | 10/2013 | $138.13 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 10/2013 | $590.86 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 1 DL Consolidation Subsidized | 09/2013 | $138.13 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 09/2013 | $590.86 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 1 DL Consolidation Subsidized | 08/2013 | $138.13 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 08/2013 | $590.86 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 1 DL Consolidation Subsidized | 07/2013 | $138.13 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 07/2013 | $590.86 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 1 DL Consolidation Subsidized | 05/2013 | $138.02 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 05/2013 | $586.41 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 1 DL Consolidation Subsidized | 04/2013 | | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 04/2013 | | PSLF, TEPSLF | Employment Not Certified | View Details |
| 1 DL Consolidation Subsidized | 03/2013 | | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 03/2013 | | PSLF, TEPSLF | Employment Not Certified | View Details |
| 1 DL Consolidation Subsidized | 02/2013 | | PSLF, TEPSLF | Employment Not Certified | View Details |

| 2 DL Consolidation Unsubsidized | 02/2013 | PSLF, TEPSLF | Employment Not Certified | View Details |
| --- | --- | --- | --- | --- |
| 1 DL Consolidation Subsidized | 01/2013 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 01/2013 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 1 DL Consolidation Subsidized | 12/2012 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 12/2012 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 1 DL Consolidation Subsidized | 11/2012 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 11/2012 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 1 DL Consolidation Subsidized | 10/2012 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 10/2012 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 01/2011 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 12/2010 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 04/2010 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 03/2010 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 02/2010 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 01/2010 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 12/2009 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 11/2009 | PSLF, TEPSLF | Employment Not Certified | View Details |
|  | 10/2009 |  |  |  |

| Loan Type | Date | Program | Status | |
|---|---|---|---|---|
| 2 DL Consolidation Unsubsidized | | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 09/2009 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 08/2009 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 07/2009 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 06/2009 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 05/2009 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 04/2009 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 03/2009 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 02/2009 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 01/2009 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 12/2008 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 11/2008 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 10/2008 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 09/2008 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 08/2008 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 07/2008 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 06/2008 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 05/2008 | PSLF, TEPSLF | Employment Not Certified | View Details |

| 2 DL Consolidation Unsubsidized | 04/2008 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 03/2008 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 02/2008 | PSLF, TEPSLF | Employment Not Certified | View Details |
| 2 DL Consolidation Unsubsidized | 01/2008 | PSLF, TEPSLF | Employment Not Certified | View Details |

## Federal Student Loan Management

Postpone Payments

Loan Forgiveness & Discharge

Loan Consolidation

Military Benefits

## Help & Support

Contact Us

Info Center

FAQs

Schools

Sitemap

Chat with us

## About Us

New to MOHELA

About MOHELA

Careers

WebMaster

## Connect

  

## Mobile Apps





## Contact Info

**Direct Loan (DL) / Federal Family Education Loan (FFEL) Servicing:**
888.866.4352 (Toll Free)
636.532.0600 (International)
TTY: Dial 711
**Fax:**
866.222.7060 (Toll Free)
636.787.2790 (International)

**Public Service Loan Forgiveness:**
855.265.4038 (Toll Free)

**Direct Loan (DL) / Federal Family Education Loan (FFEL) Servicing & Public Service Loan Forgiveness (PSLF) Information:**

**Hours of Operation:**
Monday: 7 AM – 10 PM CT
Tuesday - Friday: 7 AM – 7 PM CT
Saturday: 9 AM – 1 PM CT

**CASHLoan Servicing:**
888.866.4352 (Toll Free)
Monday - Thursday: 7 AM – 9 PM CT
Friday: 7 AM – 5 PM CT

| Privacy Policy | Security | Accessibility | StudentAid.gov | Massachusetts State Ombudsman | NMLS Resource Center NMLS # 1442770 |

Copyright © 2023 Higher Education Loan Authority of the State of Missouri(MOHELA). All Rights Reserved.