IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE CALDIERO, individually and on behalf of all others similarly situated,<br>　　　　Plaintiff<br><br>　　v.<br><br>MISSOURI HIGHER EDUCATION LOAN AUTHORITY, KEYBANK NATIONAL ASSOCIATION d/b/a LAUREL ROAD, and PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a FEDLOAN SERVICING,<br>　　　　Defendants | No. 3:24cv315<br><br>(Judge Munley) |

<u>ORDER</u>

**AND NOW**, to wit, this 31st day of March 2025, it is hereby **ORDERED** as follows:

1) Defendant Missouri Higher Education Loan Authority's motion to dismiss (Doc. 21) is **DENIED** with regard to failure to plead with particularity pursuant to Rule 9(b) and **GRANTED** with regard to failure to state a claim pursuant to Rule to 12(b)(6);

2) Defendant Pennsylvania Higher Education Assistance Agency d/b/a FedLoan Servicing's motion to dismiss (Doc. 23) is hereby **GRANTED**;

3) Defendant KeyBank National Association d/b/a Laurel Road's motion to dismiss (Doc. 25) is **GRANTED**;

4) The joint motion to strike class allegations filed by Defendant Pennsylvania Higher Education Assistance Agency d/b/a FedLoan Servicing and Defendant Missouri Higher Education Loan Authority (Doc. 24) is **DENIED** as moot;

5) Defendant KeyBank National Association d/b/a Laurel Road's motion to strike class allegations (Doc. 50) is **DENIED** as moot; and

6) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court